**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Tammy Renee, | 2:23-cv-02146-JAD-MDC |
| Plaintiff(s), | |
| vs. | **Report and Recommendation** |
| Wael Abdelazim Moursy, | |
| Defendant(s). | |

Pro se plaintiff Tammy Renee filed an application to proceed *in forma pauperis* (ECF No. 1). The Court denied plaintiff's IFP and ordered her to either file a long-form IFP by March 6, 2024 or pay the filing fee. The deadline has passed, and plaintiff has not submitted a new IFP application. Plaintiff failed to timely comply with the order.

ACCORDINGLY,

The Court RECOMMENDS that this action be DISMISSED without prejudice.

**<u>NOTICE</u>**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The

notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**

    IT IS SO ORDERED.

    DATED this 15th day of March 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge